# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

CHRIS GATES AND STEPHEN PASCAL,

    Petitioners

    v.

CITY OF PITTSBURGH PLANNING
COMMISSION, CITY OF PITTSBURGH
AND EAST OHIO CAPITAL GROUP, AND
EAST OHIO CAPITAL LLC,

    Respondents

: No. 229 WAL 2020
:
:
:
: Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of February, 2021, the Petition for Allowance of Appeal is **DENIED**.